THE HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>     vs.<br><br>RANDY SUTHERBY and his wife, DEBBIE SUTHERBY, and the marital community composed thereof; LISA BUTCHER and E.K., a minor,<br><br>     Defendants. | NO. 3:09-cv-05387-FDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT LISA BUTCHER AND E.K. |

THIS MATTER HAVING COME ON duly and regularly this day before the undersigned Judge of the above-entitled Court upon the motion of Plaintiff and after having reviewed plaintiff's motion and the supporting documents, as well as the files and records herein, and it appearing to the Court that defendants Lisa Butcher has been duly and regularly served with process of the Summons and Complaint, and that more than 20 days have

ORDER [PROPOSED] GRANTING PLAINTIFF'S MOTION FOR
DEFAULT AS TO DEFENDANT LISA BUTCHER AND E.K. - 1

065680.000048\#Butcher-Word Order.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

elapsed since the date of service of the Summons and Complaint, and these Defendants have failed to answer Complaint, plead or otherwise defend as required, and the Court being fully advised in the premises;

NOW, THEREFORE IT IS HEREBY ORDERED that defendants LISA BUTCHER and E.K., a minor, are hereby adjudged to be in default in the above-entitled action.

Dated this 26th day of October, 2009.

     s/ Pat LeFrois

Clerk for HONORABLE FRANKLIN D. BURGESS

United States District Judge

Presented By:

REED McCLURE

By_____
   Jason E. Vacha ,      WSBA #34069
   John W. Rankin, Jr.     WSBA #6357
   Attorneys for Plaintiff, Metropolitan Casualty Ins. Co.

ORDER [PROPOSED] GRANTING PLAINTIFF'S MOTION FOR DEFAULT AS TO DEFENDANT LISA BUTCHER AND E.K. - 2

065680.000048\#Butcher-Word Order.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER [PROPOSED] GRANTING PLAINTIFF'S MOTION FOR
DEFAULT AS TO DEFENDANT LISA BUTCHER AND E.K. - 3

065680.000048\#Butcher-Word Order.doc

**REED McCLURE**
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152