THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RANDY SUTHERBY and his wife, DEBBIE SUTHERBY, and the marital community composed thereof; LISA BUTCHER and E.K., a minor,<br><br>                    Defendants. | NO. 3:09-cv-05387-RBL<br><br>DECLARATORY JUDGMENT AS TO DEFENDANT LISA BUTCHER AND HER DAUGHTER E.K., A MINOR, BASED ON DEFAULT |

THIS MATTER having come on for hearing upon plaintiff's motion for entry of default and default judgment; the court having previously entered its order for entry of default against defendants Lisa Butcher, and her daughter E.K., a minor, the court issues judgment for the relief requested in the complaint for declaratory judgment against defendants Lisa Butcher, and her daughter, E.K., as follows:

[PROPOSED] DECLARATORY JUDGMENT AS TO DEFENDANT LISA BUTCHER AND HER DAUGHTER E.K., A MINOR, BASED ON DEFAULT - 1

065680.000048\#Metro [Proposed] Declaratory Judgment As To Defendant Lisa Butcher And Her Daughter E.K., A Minor, Based On Default.doc

REED McCLURE
A T T O R N E Y S   A T   L A W
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON  98101-1363
(206) 292-4900  FAX (206) 223-0152

1. The court declares that Metropolitan Casualty Insurance Company has no duty to indemnify Randy Sutherby or Debbie Sutherby from any judgment entered in *Lisa Butcher, et. al. v. Randy Sutherby, et. al.,* Grays Harbor County Cause No. 09-2-00342-1, or from any settlement of any claims pleaded in that lawsuit; and

2. The court declares that Metropolitan Casualty Insurance Company has no duty to defend Randy Sutherby or Debbie Sutherby from any claims pleaded in *Lisa Butcher, et. al. v. Randy Sutherby, et. al.,* Grays Harbor County Cause No. 09-2-00342-1.

DONE IN OPEN COURT this 10th day of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

REED McCLURE

s/ Jason E. Vacha
John W. Rankin, Jr.,     WSBA #6357
Jason E. Vacha,           WSBA #34069
Attorneys for Plaintiff

[PROPOSED] DECLARATORY JUDGMENT AS TO DEFENDANT LISA BUTCHER AND HER DAUGHTER E.K., A MINOR, BASED ON DEFAULT - 2

065680.000048\#Metro [Proposed] Declaratory Judgment As To Defendant Lisa Butcher And Her Daughter E.K., A Minor, Based On Default.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152