THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| METROPOLITAN CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RANDY SUTHERBY and his wife, DEBBIE SUTHERBY, and the marital community composed thereof; LISA BUTCHER and E.K., a minor,<br><br>　　　　　　Defendants. | NO.  3:09-cv-05387-RBL<br><br>JUDGMENT FOR DECLARATORY RELIEF AGAINST DEFENDANT RANDY SUTHERBY, BASED ON DEFAULT |

THIS MATTER having come on for hearing upon plaintiff's motion for entry of default and default judgment; the court having previously entered its order for entry of default against defendant Randy Sutherby, the court issues judgment for the relief requested in the complaint for declaratory judgment against defendant Randy Sutherby as follows:

---

[PROPOSED] JUDGMENT FOR DECLARATORY RELIEF AGAINST
DEFENDANT RANDY SUTHERBY, BASED ON DEFAULT - 1

065680.000048\#Metro [Proposed] Judgment For Declaratory Relief Against Defendant
Randy Sutherby, Based on Default.doc

REED McCLURE
A T T O R N E Y S   A T   L A W
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON  98101-1363
(206) 292-4900  FAX (206) 223-0152

1. The court declares that Metropolitan Casualty Insurance Company has no duty to indemnify Randy Sutherby or Debbie Sutherby from any judgment entered in *Lisa Butcher, et. al. v. Randy Sutherby, et. al.,* Grays Harbor County Cause No. 09-2-00342-1, or from any settlement of any claims pleaded in that lawsuit; and

2. The court declares that Metropolitan Casualty Insurance Company has no duty to defend Randy Sutherby or Debbie Sutherby from any claims pleaded in *Lisa Butcher, et. al. v. Randy Sutherby, et. al.,* Grays Harbor County Cause No. 09-2-00342-1.

DONE IN OPEN COURT this 10th day of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

REED McCLURE

s/ Jason E. Vacha
John W. Rankin, Jr.,   WSBA #6357
Jason E. Vacha,   WSBA #34069
Attorneys for Plaintiff

[PROPOSED] JUDGMENT FOR DECLARATORY RELIEF AGAINST
DEFENDANT RANDY SUTHERBY, BASED ON DEFAULT - 2

065680.000048\#Metro [Proposed] Judgment For Declaratory Relief Against Defendant Randy Sutherby, Based on Default.doc

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900  FAX (206) 223-0152